APRIL 24, 1989

No. 88–1478.  CORPUS CHRISTI TAXPAYERS ASSN. ET AL. v. CITY OF CORPUS CHRISTI, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari dismissed as to petitioner Tom Hunt under this Court's Rule 53.

No. 88–980.  ECKLES, DBA RIVERVIEW MARINA v. OREGON ET AL.  Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question.